IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANIL PATEL<br><br>      *Plaintiff,*<br><br>v.<br><br>DHAVAL PATEL<br><br>      *Defendant.* | CIVIL ACTION<br>NO. 18-03552 |

## ORDER

**AND NOW**, this 4th day of October, 2018, after consideration of Plaintiff's Motion to Remand, (ECF No. 4), Defendant's Response, (ECF No. 5), and Plaintiff's Reply, (ECF No. 6), it is hereby **ORDERED** that:

1. The motion is **GRANTED**;

2. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County;

3. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.